**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-cv-20818-UU

OSCAR ROBERTO CELASCO, *et al.*,

    Plaintiffs,

v.

MERRILL LYNCH PIERCE FENNER & SMITH
INCORPORATED, *et al.*,

    Defendants.

                                /

## ORDER

THIS CAUSE comes before the Court upon the Report and Recommendation, issued by Magistrate Judge John J. O'Sullivan on March 20, 2020.  D.E. 43.  Magistrate Judge O'Sullivan recommended that Merrill Lynch's Motion for Attorneys' Fees and Costs, D.E. 39, be GRANTED in part and DENIED in part.

The Parties' objections to the Report were due by April 3, 2020, and no party has filed objections.  *See LoConte v. Dugger*, 847 F.2d 145 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding that failure to file timely objections bars the parties from attacking factual findings on appeal).  The matter is thus ripe for disposition.

THIS COURT has made a *de novo* review of the entire file and record herein, and, being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the Magistrate Judge O'Sullivan's Report and Recommendation, D.E. 43, is RATIFIED, AFFIRMED and ADOPTED.  Merrill Lynch's Motion for Attorneys' Fees and Costs, D.E. 39, is hereby GRANTED in part and DENIED in part.  Merrill Lynch is hereby awarded $21,840.00 in attorney's fees and $500.00 in costs, for the total amount of $22,340.00.

DONE AND ORDERED in Chambers at Miami, Florida, this _7TH_ day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf